# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Alainna R. Mire
Attorney at Law
P. O. Box 71
Alexandria LA 71309-1590

Howard Battle Gist, III
Attorney at Law
4119 Parliament Drive
Alexandria LA 71315-3705

Claude Favrot Reynaud  Jr.
Breazeale, Sachse & Wilson
P. O. Box 3197
Baton Rouge LA 70821

Leo Charles Hamilton
Attorney at Law
P. O. Box 3197
Baton Rouge LA 70821

Carroll Devillier, Jr.
Breazeale, Sachse & Wilson
P. O. Box 3197
Baton Rouge LA 70821-3197

Charles Edward Johnson
Attorney at Law
P. O. Box 71
Alexandria LA 71301

**REHEARING ACTION: August 31, 2011**

**Docket Number: 11   00645-CW**

**BRIDGETT BROWN, ET AL.**
**VERSUS**
**CITY OF ALEXANDRIA, ET AL.**

**Writ Application from Rapides Parish Case No. 240524**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Marc T. Amy**
**Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of Alexandria** has this day been

**DENIED.**

cc: Larry English, Counsel for  the Respondent
    Michael Reese Davis, Counsel for  the Respondent
    John C. Guillet, Counsel for  the Respondent
    William L. Townsend, III, Counsel for  the Respondent